**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:25-CR-00026-KKC-EBA**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**


**V.**                          **UNITED STATES' SENTENCING MEMORANDUM**


**MARVELOUS HUGH DAVIS**                                                       **DEFENDANT**

\* \* \* \* \*

The United States requests a top-of-guideline sentence for this Defendant. The Defendant's history and characteristics include aggravating associations and events that are not contained in his criminal history or presentence report. The United States is prepared to call TFO Christopher Faas to discuss these associations and events. If called, the United States anticipates that his testimony will last approximately one hour.

### A. The Defendant's Offense Conduct

On November 12, 2024, Lexington Police Department ("LPD") detectives were performing surveillance in the West End to investigate the October 2024 murder of Dion Higgins (hereafter, "Higgins murder").[1] Detectives requested marked units to stop a white Buick SUV seen leaving one of their target locations, advising that the vehicle had excessive window tint.[2] Marked units performed a traffic stop on a vehicle in which the Defendant was a passenger.[3] The vehicle indeed had excessive tint, and the operator did

---

[1] *See* LPD Report, USA-00000016.
[2] *See id.*
[3] *See id.*

not have valid registration for the vehicle.[4] Based on the smell of marijuana, the occupants'

suspicious behavior, and the driver's admission that the vehicle contained marijuana, law

enforcement performed a probable cause search.[5]

During the search of the vehicle, law enforcement located under the passenger seat

(where the Defendant was sitting) a "ghost gun," or unserialized firearm.[6] After being read

his Miranda rights, the Defendant admitted buying the ghost gun from a third party for

$400.[7] Officers later performed a search of the Defendant's person and located 41.4 grams

(gross) of apparent pressed fentanyl pills.[8] The number/weight of the fentanyl pills was

inconsistent with personal use.[9] Detectives from the Robbery Homicide Unit obtained a

warrant for Davis's cellphone in relation to their investigation of the murder of Dion

Higgins.[10]

LPD took the Defendant to Police Headquarters for questioning by Detectives.[11]

When the interview started, the Defendant appeared to be having some sort of medical

emergency and was taken to Good Samaritan Hospital for treatment via the Fire

Department.[12] His medical records reflect "altered mental status" and "polysubstance

abuse" as diagnoses.[13] Davis told the provider that he uses "whatever he can get his hands

---

[4] *See id.*
[5] *See id.*
[6] *See* R. 16: Plea Agreement at 40.
[7] *See id.*
[8] *See id.*
[9] *See id.*
[10] *See* LPD Report, USA-00000016.
[11] *See id.*
[12] *See id.*
[13] *See* UK Healthcare Records, USA-00000042.

on" but refused to state what he most recently used.[14] Similarly, he said that he does "a lot" of drugs but would not specify what he last used or when he last used something.[15] The provider noted that Davis appeared intoxicated but ultimately determined that he was medically stable.[16]

Subsequent laboratory analysis indicated that the suspected fentanyl pills indeed contained fentanyl and weighed 39.7 grams.[17]

**B. Conduct Relevant to the Defendant's History and Characteristics under 18 U.S.C. § 3553(a)(1)**

1. <u>Introduction</u>

Prior to the Higgins' murder investigation, FBI personnel began investigating the Defendant's possible connections to firearms used in violent offenses in the Lexington area—discussed in greater detail in the sections below.

FBI has also investigated Davis's association with the Hot Boyz, a small but violent street gang affiliated with Lexington's West End.[18] At minimum, Davis has communicated with two validated Hot Boyz members about opposing gang members,[19] and has appeared in a YouTube video posted by Nasir Lyons, another Hot Boyz associate, throwing hand signs to dis opposing gangs:[20]

---

[14] *See id.*
[15] *See id.*
[16] *See id.*
[17] *See id.*
[18] *See United States v. Waide,* 25-cr-73-GFVT, Hearing Transcript, relevant portions attached hereto as Exhibit 1.
[19] *See id. See also* Snapchat Conversations between the Defendant and Deangalo Boone, USA-00000206; Snapchat Conversations between the Defendant and Quincino Waide, USA-00000213.
[20] *See* Bottom Boy Nassi, Super Sunday Vlog, YouTube, https://www.youtube.com/watch?v=CoaMxbaVgAs (last accessed August 15, 2025).



2. <u>March 2021 Recovery of Firearms</u>

Davis's connections to violence-involved firearms came to light through an incident in March 2021 in which Georgetown Police Department responded to a negligent discharge at Davis's residence and ultimately recovered two firearms and an empty Glock 26 box.[21] One of the firearms was a Kel-Tec sub-2000, which NIBIN inquiries linked to three shootings in Lexington:

1. Burglary at 716 Maple Avenue (no injuries).

2. Shooting at occupied residence and vehicle at 141 Devonia Avenue (no injuries).

3. Shooting at 213 Catera Trace, injuring an adult and a five-year-old child. The child was permanently blinded by the incident. Micheal Lemond, validated by LPD as a member of the Hot Boyz, and Teyo Waite, an associate of the Hot Boyz, were charged for this shooting.[22]

---

[21] *See* TFO Faas Report, USA-00000091.
[22] *See id.*

Tadhg McEntee ("Tadhg"), a close friend of Davis, was the purchaser of the Kel-Tec.[23] Tadhg and his brother, Turlough McEntee ("Turlough"), are Welsh but have lived in the Georgetown area for several years.[24]

Trace information from the empty Glock 26 box revealed "W.B." as the purchaser.[25] W.B. told law enforcement that his son sold the weapon to an Australian person.[26] Law enforcement believes the weapon was actually sold to one of the McEntee brothers (who may have sounded Australian to someone with an untrained ear).

Law enforcement learned that Turlough pleaded guilty to a shooting in Georgetown in May 2021 with shell casings that matched the shell casings from the murder of Mar'Queavion Leach ("Leach"), a member of the Hot Boyz' opposition, on May 8, 2021; a drive-by shooting at the same location as the Leach homicide on May 6, 2021; and the shooting of Kenneth Porter, another Hot Boyz adversary, on May 13, 2021.[27] This firearm used in these incidents was never recovered.[28] The shell casings from these incidents are consistent with the ammunition used in a Glock 26. Regardless of whether the empty Glock 26 box once contained the firearm that killed Mar'Queavion Leach, the Defendant remains associated with Turlough, who used a firearm that was matched to firearm used in Leach's murder.[29]

---

[23] *See id.*
[24] *See id.*
[25] *See id.*
[26] *See id.*
[27] *See id.*
[28] *See id.*
[29] *See id.*

4. April 2024 Incident

In April 2024, Davis possessed a Glock with a switch while having on his person 20 Xanax pills (which lab reports later found to be an unscheduled benzo, bromazolam) and 13.6 gross grams (later determined to be 12.76 net grams) of crack cocaine.[30] The Glock itself was stolen approximately sixty days prior to possession.[31] The purchaser of the Glock advised law enforcement that there was not a switch on the firearm when it was stolen.

5. July 2024 Incident and Witness Retaliation

In July 2024, "Witness 1"[32] reported to LPD that Davis shot at him following a disagreement between Witness 1, his then-girlfriend, Madelyne Fryman and another family member of his then-girlfriend (this incident is also referred to herein as "the Witness 1 shooting").[33] Witness 1 observed Davis, who was also related to Jones's girlfriend, exit his vehicle and fire a shot at Jone's vehicle.[34] Law enforcement observed damage to Witness 1's vehicle and collected a shell casing from the scene.[35] Witness 1 later advised law enforcement that he did not want the case to be further investigated, stating that he just wanted to report the incident in the event that he needed to defend himself at a later time.[36] The recovered shell casing from this incident matched a violent robbery, a shooting resulting in property damage, and another shooting that resulted in bodily injury.[37]

---

[30] *See* April 2024 Report, USA-00000011; PSR ¶ 29.
[31] *See id.*
[32] Witness 1's identity is known to law enforcement and the Defendant. To prevent further threats to Witness 1, the United States redacted his name here.
[33] *See* July 2024 Report, USA-00000001.
[34] *See id.*
[35] *See id.*
[36] *See id.*
[37] *See* Report re NIBIN Leads, USA-00000009.

The United States provided documentation relating to the Witness 1 shooting in discovery[38] because it is relevant to Davis's dangerousness and may, in turn, have been relevant to a detention hearing and/or sentencing hearing.

On or about May 18, 2025, Marvelous Davis publicized the police report relating to the Witness 1 shooting during video visits with Shyla Lyvers while in custody at Bourbon County Detention—conduct which DID NOT come to light from a report by Witness 1.[39]

During one of the video visits, Lyvers handed the phone to an individual who appears to be Stephon Vanzant ("Vanzant," also known as "Phat"). Vanzant said that he is going to post the information on social media to show that Witness 1 is a rat, adding that Witness 1 is "bad off." When providing the information, Davis made statements to both Lyvers and Vanzant indicating that he meant Witness 1 harm. When speaking to Lyvers, Davis said that Witness 1 had "messed with the wrong nigga." Davis also said that he wants his child's mother, who was dating Witness 1, to move to Florida before posting the information (apparently recognizing that publicizing the information will place Witness 1 in danger) but then changed his mind and said, "post that shit" and "fuck that nigga." Davis also claimed (incorrectly) that Witness 1 is the reason that law enforcement started looking at him.

"Eddy Bower," who law enforcement knows to be Vanzant, and "Red Rum" (which is "murder" spelled backwards), who law enforcement knows to be Nasir Lyons ("Lyons"),

---

[38] *See* USA-00000001, USA-00000007, USA-00000009.

[39] The United States has been investigating this conduct as a separate criminal investigation and, until very recently, did not want the investigation to become known to certain subjects. The United States provided an overview of the situation to defense counsel via email on August 14, 2025, and will provide copies of the relevant evidence before sentencing.

then publicized the information on Facebook. Eddy Bower posted: "the paperwork is blurry. I was on a video visit with lil bro but it say he gave the police all Marvo's social medias and he said when he try leave Marvo start shooting at him."[40] Red Rum re-posted Eddy Bower's post.

With a picture of the report, Eddy Bower also posted: "cop ass nigga [Witness 1] told on nephew. Free my lul brother Marvelous Davis."[41] Red Rum also re-posted this post with an added caption: "[Witness 1] damn bloody."

On Eddy Bower's post beginning with "cop ass nigga," "Marianne Marie," who law enforcement believes to be Witness 1's ex-girlfriend, said: "free my brother!"

On Eddy Bower's post beginning with "cop ass nigga," Witness 1 posted: "Tell me when I've ever TOOK A STAND, PUT A NIGGA IN JAIL, PRESSED CHARGES ON A LIST. THAT NIGGA AINT IN JAIL BC OF ME. CMON NOW NIGGA. Ian ever even been asked. Wtf I never even had a officer come to me wtf."[42] Witness 1's strong reaction appears to recognize the danger of being known as a "snitch."

Witness 1 also responded to Red Rum's post: "don't tag me in no shit like this. Ian got no paperwork. Ian got no nigga in no jail. Ian never took no stand & a nigga never ever got arrested bc of me. A nigga never even had officers come talk to me ab him, nun. NIGGA, OFFICERS CAME 2 ME N I WENT TO JAIL." Red Rum responded: "bro this is snitching."

---

[40] The original social media posts lack proper punctuation and capitalization. The United States has cleaned up the quotes herein fir increased readability.
[41] Law enforcement knows "cop" to mean "snitch" in this context.
[42] Law enforcement believes "Ian" to mean "I ain't."

"Eddy Bower" later posted another picture of the police report that he believed to be more legible, stating: "this a lil better for y'all ig."

On May 19, 2024, Eddy Bower posted: "Idgaf[43] if you in elementary, middle school, high school, in the streets, not in the streets, if you told, you told. You mfs act like y'all can't comprehend shit. Just say he y'all Ppls already." Another individual responded: "telling is telling. Idc[44] how you slice it or cut it." Eddy Bower then said: "Omm that's why niggas love em nothing ass hoes. They going to the grave with em and swear up and down they nigga didn't tell." Vanzant's reference to the grave is also likely a recognition of the danger of being known as a snitch.

In subsequent jail communications, the Defendant's ex-girlfriend appeared to understand the implication of Vanzant's post:

> ➢ Davis: What do you think I need to do for you to feel comfortable for me being in my daughters life?

> ➢ Ex-girlfriend: Honestly, I just want you to leave her alone. I'm assuming what phat posted was what u were talking about the other day which that was my first time ever seeing that in my life, so I don't appreciate you coming at me like I knew about anything. I never knew none of that was EVER said. **Furthermore, telling him to post it and talk about some "nothing ass hoes & goin to the grave for mfs swearin they ain't tell " is fucking crazy!!** I don't bother no mf body. I mind MINE & take care of OURS. Leave me tf out of shit. Idk why he's even trying to bring me up? You letting anybody talk about me any type of way and that's fucking crazy when 1. I knew nothing bout this and 2. I'm the one taking care of your daughter by myself & doing it well! Respect me. Handle that fr. Yall made it seem like that's the reason u in jail rn this shit is corny as hell. I

---

[43] "I don't give a fuck."
[44] "I don't care."

9

want to be left the fuck alone and out of shit so I can create a life for me and my kids.[45]

Being labeled as a snitch, both in the streets and in a custodial environment, places that person in danger of death or serious bodily harm—a fact that has also been recognized by courts across the country. *See e.g., Westmoreland v. Butler Cnty*., 29 F.4th 721, 729-30 (6th Cir. 2022).

Because Witness 1 provided a report to law enforcement and was then called a snitch on social media with statements such as "damn bloody," law enforcement believes that the Defendant, Lyons, and Vanzant publicized the report for the Witness 1 shooting with intent of placing Witness 1 in fear of bodily harm. FBI has been investigating this conduct.

6. Contents of the Defendant's Phone and iCloud Account

The Defendant's cell phone and iCloud, searched in Fall 2024 in conjunction with the investigation of the Higgins homicide, contained evidence of drug trafficking, firearm possession, and gang activity. For example, the phone and iCloud account contained several pictures and videos of distribution amounts of marijuana; pictures and videos of Davis and Vanzant (a felon) flashing firearms; a picture of now-deceased Herbie Booker with a caption stating "I kill 1000 of u bitcc ass niccas fa a 10 min ft[46] w my brotha;"[47] and communications with Hot Boyz members/associates Deanglo Boone ("Boone") and Quincino Waide, Jr. ("Waide") discussing gang violence.

---

[45]Punctuation and capitalization cleaned up to enhance readability. The United States will provide copies of this conversation to the defense before sentencing.

[46] "Facetime."

[47] *See* Picture with caption, USA-00000183.

In the chat with Boone,[48] Boone sent the Defendant a picture of Malik Sleet,[49] deceased, with a caption about getting revenge for Sleet's murder. The picture had been posted by an individual associated with East End gangs, the Hot Boyz' opposition.[50] Boone called the person who posted the picture soft, and the Defendant responded with a laughing emoji. Boone then said "[b]etter strap them nuts," and the Defendant responded that he sent the post to Freddy (Waide). Boone then went on to say that he can "get the drop on niggas," meaning "y'all [the Defendant and presumably Waide] can really up the score."

In the chat with Waide,[51] The Defendant sent Waide the aforementioned picture of Malik Sleet. Waide eventually remarked "[h]e mad he got all em dead niggas," and the Defendant responded with a laughing emoji. Waide then said that the person was a bitch, and the Defendant said "ong[52] never been on shit in his life," suggesting that the person had never engaged in street violence.

## C. Conclusion

In March 2021, the Defendant possessed a firearm involved in three other shootings. Members of the Hot Boyz, a gang with whom Davis associates, is alleged to have committed one of those offenses (the offense that blinded the child). The Defendant's friend, Turlough, purchased the firearm associated with these three shootings.

---

[48] *See* Snapchat Conversations between the Defendant and Deangalo Boone, USA-00000206, attached hereto as Exhibit 2.
[49] Malik Sleet was not a gang member but was related to gang members. Law enforcement believes that members of the Hot Boyz (but not this Defendant) killed Sleet in retaliation for the death of Ja'Quis Ray.
[50] *See* Exhibit 1.
[51] Snapchat Conversations between the Defendant and Quincino Waide, USA-00000213, attached hereto as Exhibit 3 (redacted to protect the supposed identity of the poster, which law enforcement has not verified).
[52] "On God."

Turlough, in turn, is associated via guilty plea with a firearm that was used in the murder of Hot Boyz' adversary Mar'quevion Leach and the shooting of another adversary Kenneth Porter. That firearm very likely belonged to the empty Glock 26 box found in the Defendant's residence in March 2021.

In April 2024, the Defendant possessed a stolen Glock handgun with a "switch"—a conversion device that makes the handgun a fully automatic "machinegun," the possession of which is illegal under federal law.[53]

In July 2024, it appears that the Defendant participated in the shooting of Witness 1,[54] meaning that he used (and presumably possessed) a firearm in July 2024 that was involved in three additional shootings. One of those incidents, a violent robbery, occurred only eight days before the shooting of Witness 1.

Finally, the Defendant possessed an unserialized ghost gun in November 2024, a type of firearm coveted by criminals due to law enforcement's difficulty tracing them.

The United States is not suggesting that the Defendant carried out each violent offense associated with the firearms discussed in the sections above. For example, Turlough pleaded guilty to the May 2021 shooting involving the firearm that matched to Leach's murder, and Teyo Waite and Micheal Lemond have been charged with the shooting that blinded a child, suggesting that this Defendant was *not* the shooter for those crimes.

---

[53] Not only is the possession of a machinegun illegal under federal law, but there also exists no legitimate personal safety or recreational purpose for a fully automatic handgun. They are wildly inaccurate and serve only to ensure that a person can fire as many rounds as possible in as short a time as possible.
[54] Witness 1 identified the Defendant; Witness 1's vehicle had a bullet hole in it; and law enforcement recovered a shell casing where Witness 1 said the shooting occurred.

Regardless of who engaged in these violent acts, the Defendant, at minimum, seems to be giving/receiving firearms to/from dangerous individuals, some of whom are members or associates of a violent street gang, the Hot Boyz, with whom the Defendant also associates. The Defendant's phone contents and other social media evidence—in which the Defendant openly disses rival gangs and privately laughs about a rival gang's "dead niggas"—show that his connections to these dangerous individuals is knowing and voluntary. It is this willing association that demonstrates poor judgment and/or a malfunctioning moral compass that make this Defendant dangerous to society in ways that are not sufficiently captured by the United States Sentencing Guidelines.

While in custody, the Defendant has continued some of those associations, asking a convicted felon who appeared to be dealing drugs during a video visit to publicize Witness 1 as a snitch on social media. This conduct demonstrates limited rehabilitative potential and the need for specific deterrence—considerations that, again, are not sufficiently captured by the Defendant's guideline calculations.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY


By:    /s/ Mary L. Melton
       Mary Lauren Melton
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4802
       Mary.Melton@usdoj.gov
       *Counsel for United States*

13

**CERTIFICATE OF SERVICE**

On August 15, 2025, I electronically filed this response through the ECF system, which will send notice of docket activity to counsel of record.


s/ Mary Lauren Melton
Assistant United States Attorney